IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50437
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ENRIQUE HERNANDEZ-SILVA,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-96-CR-90-1
- - - - - - - - - - -
February 26, 1998
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:*

    Enrique Hernandez-Silva appeals his jury conviction for possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841.  Hernandez-Silva argues that the evidence presented by the Government was insufficient to support his conviction.  He maintains that the Government did not present sufficient evidence that he knew that the vehicle he was driving contained marijuana in hidden compartments.  We have reviewed the record and find that Hernandez-Silva has not shown that "the

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record is devoid of evidence pointing to guilt, or . . . the evidence on a key element of the offense [is] so tenuous that a conviction would be shocking."  See <u>United States v. Pierre</u>, 958 F.2d 1304, 1310 (5th Cir. 1992)(en banc).

AFFIRMED.